APPENDIX E        **Second Amended Chapter 13 Plan Summary**        Case No. _14-70074_

Debtor: **Melton Stewart**        SSN: **XXX-XX-1946**        Net Monthly Earnings:   **$900.00**

Joint:   **Angela Stewart**        SSN: **XXX-XX-9605**        Number of Dependents:   **1**

I.      Plan Payments:
      ( )       Debtor(s) propose to pay direct a total of: __ [ ] Weekly   [ ] Biweekly   [ ] Semi-Monthly   [ ] Monthly; or
      ( **X** )       Payroll Deduction Order to: **Phifer Wire, PO Box 1700, Tuscaloosa, AL 35403**
               For: **$222.00** [ **X** ] Weekly   [ ] Biweekly   [ ] Semi-Monthly   [ ] Monthly

Length of plan is approximately **60** months, and the total to be paid into the plan is approximately **$57,300.00**.

II.      From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

     A.   PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See §1322(a)(2)]
         The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | TAXES | 14,854.76 | 264.00 |

     B.   Total ATTORNEY FEE: **$2,750.00**. **$6.00** paid pre-petition; **$2,530.00** to be paid upon confirmation and **$40.00** per month.

     C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
         1.      Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Springleaf** | 81,641.41 | 705.00 **Debtor** | Feb. 2014 | 2,892.37 | 3 | 0 | 51.00 |

         2.      Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A.P. Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| **Ally** | 0.00 | 17,100.00 | 17,075.00 | 0.00 | 2009 Nissan Altima | 5.00 | 338.00 | Upon Conf. |
| **AL Credit Union** | 0.00 | 6,842.94 | 6,842.94 | 0.00 | 2002 Chevrolet Avalanche | 5.00 | 136.00 | Upon Conf. |
| **AL Credit Union** | 0.00 | 2,688.77 | 2,688.77 | 0.00 | 2002 Chevrolet Avalanche | 5.00 | 51.00 | Upon Conf. |
| **TitleMax** | 0.00 | 1,825.97 | 1,500.00 | 0.00 | 2001 Nissan Maxima | 5.00 | 35.00 | Upon Conf. |

         3.      Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |

III.      Special Provisions:
      ( ) This is an original plan.   ( **X** ) This is an amended plan replacing plan dated **02/14/2014.**

      Other Provisions:
      1.    **Filed and allowed non-priority unsecured claims to be paid through the distribution of the debtors Chapter 13 plan pro-rate in a POT plan of $900.00.**
      2.    **Allowed secured claims not provided in plan to receive 5% interest by fixed payment over 57 months.**

Dated: _5/7/14_

Attorney for Debtor:
Kathryn L. Bettis
K. L. Bettis, LLC
2317 Loop Road
Tuscaloosa, AL 35405

X ___Melton Stewart___ Debtor
X ___Angela Stewart___ Joint-Debtor

Kathryn Lila Bettis
Kathryn Lila Bettis
K. L. Bettis LLC 2317 Loop Road
Tuscaloosa, AL  35405

DATE RECEIVED: May 12 2014          TIME RECEIVED: 06:46AM          TOTAL SERVED: 129

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA

IN RE:  Stewart Melton Edger
        Stewart Angela Michelle

CASE NO: 14-70074-13

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 5/12/2014, a copy of the following documents, described below,

Second Amended Chapter 13 Plan ,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kathryn Lila Bettis
Kathryn Lila Bettis
K. L. Bettis LLC 2317 Loop Road
Tuscaloosa, AL  35405

LABEL MATRIX FOR LOCAL NOTICING     U. S. BANKRUPTCY COURT     1ST FRANKLIN
1126-7                              2005 UNIVERSITY BLVD. ROOM 2300     POB 70758
CASE 14-70074-BGC13                 TUSCALOOSA AL 35401-1546     TUSCALOOSA AL 35407-0758
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA
MON MAY 12 10-42-59 CDT 2014

1ST FRANKLIN FINANCIAL              AT&T ATTORNEY- JAMES GRUDUS ESQ.     AT&T MOBILITY II LLC
1911 SKYLAND BLVD E                 AT&T INC.                            %AT&T SERVICES INC.
UNIT B-3                            ONE AT&T WAY ROOM 3A218              KAREN A. CAVAGNARO PARALEGAL
TUSCALOOSA AL 35405-5865            BEDMINSTER NJ 07921-2694            ONE AT&T WAY SUITE 3A104
                                                                        BEDMINSTER NJ 07921-2693
                                                                        908-532-1957

AFNI                                AFNI INC                             AFNI INC.
ATTENTION- BANKRUPTCY               PO BOX 3667                          ATTN- BANKRUPTCY
1310 MARTIN LUTHER KING DR          BLOOMINGTON IL 61702-3667            PO BOX 3097
BLOOMINGTON IL 61701-1465                                                BLOOMINGTON IL 61702-3097

ALABAMA CREDIT UNION                ALABAMA CREDIT UNION                 ALABAMA CREDIT UNION A
220 PAUL W. BRYANT DR.              CO MARK C. NELSON                    PO BOX 862998
TUSCALOOSA AL 35401-2007            PO BOX 1788                          TUSCALOOSA AL 35486-0027
                                    TUSCALOOSA AL 35403-1788

ALABAMA DEPARTMENT OF REVENUE       ALABAMA DEPARTMENT OF REVENUE        ALLY BANK SERVICED BY ALLY SERVICING
50 NORTH RIPLEY ST.                 COLLECTION SERVICES DEPT.            PO BOX 130424
MONTGOMERY AL 36132-0001            PO BOX 327820                        ROSEVILLE MN 55113-0004
                                    MONTGOMERY AL 36132-7820

ALLY FINANCIAL                      ALLY FINANCIAL                       AMERICAN GENERAL FINANCIALSPRINGLEAF
ATTN- BANKRUPTCY                    PO BOX 951                           ATTENTION- BANKRUPTCY
PO BOX 130424                       HORSHAM PA 19044-0951                PO BOX 3251
ROSEVILLE MN 55113-0004                                                  EVANSVILLE IN 47731-3251

AMERICAN INFOSOURCE LP AS AGENT FOR ARROW FINANCIAL SERVICES LLC        ARS ACCOUNT RESOLUTION
DIRECTV LLC                         PO BOX 6180                          1801 NW 66TH AVE
MAIL STATION N387                   INDIANAPOLIS IN 46206-6180           FORT LAUDERDAL FL 33313-4571
2230 E IMPERIAL HWY
EL SEGUNDO CA 90245-3504

ASHWORTH COLLEGE                    BAMA PEDIATRICS                      BELLSOUTH TELECOMMUNICATIONS INC.
PO BOX 926250                       920 ROSE DRIVE                       % AT&T SERVICES INC
NORCROSS GA 30010-6250              NORTHPORT. AL 35476-3363             KAREN CAVAGNARO PARALEGAL
                                                                         ONE AT&T WAY ROOM 3A104
                                                                         BEDMINSTER NJ 07921-2693

CERASTES LLC                        CAPSTONE FINANCE                     CARE CREDIT
C O WEINSTEINPINSON AND RILEY PS    2115 UNIVERSITY BLVD                 PO BOX 965033
2001 WESTERN AVENUE STE 400         TUSCALOOSA AL 35401-1539             ORLANDO FL 32896-5033
SEATTLE WA 98121-3132

CASHNETUSA
1600 W. 7TH ST.
FORT WORTH TX 76102-2504

CASHNETUSA
200 W. JACKSON STE 1400
CHICAGO IL 60606-6929

CASHCALL INC
ATTN-BANKRUPTCY DEPARTMENT
1600 S DOUGLASS RD
ANAHEIM CA 92806-5948


CBS COLLECTION DIVIS
PO BOX 3227
TUSCALOOSA AL 35403-3227

CITI CARDS
PO BOX 142319
IRVING TX 75014-2319

CITIFINANCIAL INC.
PO BOX 6042
SIOUX FALLS SD 57117-6042


CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE MD 21202-2120

CITIFINANCIAL
605 MUNN ROAD
FORT MILL SC 29715-8421

COMCAST
1131 WHIGHAM PL
TUSCALOOSA AL 35405-3669


COMCAST CABLE BALTIMORE CITY
5801 METRO DR
BALTIMORE MD 21215-3204

COMCAST CO ARTHUR BLOCK GEN. COUNSEL
ATTN- BANKRUPTCY
ONE COMCAST CENTER
PHILADELPHIA PA 19103-2833

COMPASS BANK
15 S. 20TH ST.
BIRMINGHAM AL 35233-2011


COMPASS BANK
AL BI-HW REC
PO BOX 10566
BIRMINGHAM AL 35296-0002

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

CREDIT ONE BANK CORP
585 PILOT ROAD
LAS VEGAS NV 89119-3619


CREDIT RCVRY
POB 1228
MAULDIN SC 29662-1228

DCH
ATTN- BILLING  BANKRUPTCY
809 UNIVERSITY BLVD. E.
TUSCALOOSA AL 35401-2071

DCH REGIONAL MEDICAL CENTER
CO DISHUCK AND LACOSTE
PO BOX 20677
TUSCALOOSA AL 35402-0677


DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DIRECT MERCHANTS CREDIT CARD
17600 N. PERIMETER DRIVE
SCOTTSDALE AZ 85255-5435

EASY MONEY
1678 MONTGOMERY HWY
BIRMINGHAM AL 35216-4914


EASY MONEY
2925 MCFARLAND BLVD. E.
TUSCALOOSA AL 35405-2410

EASY MONEY
4705 MCFARLAND BLVD
NORTHPORT AL 35476-2841

EASY MONEY
7001 POST RD STE 300
DUBLIN OH 43016-8066


ENHANCED REOVERY COMPANY LLC
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256-7412

EXPRESS LOANS CO
2115 UNIVERSITY BLVD.
TUSCALOOSA AL 35401-1539

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4868

FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS SD 57117-5524

FIRST SUN
2210 UNIVERSITY BLVD
TUSCALOOSA AL 35401-1542

FOCUS RECEIVABLES MANAGEMENT LLC
1130 NORTHCHASE PARKWAY STE 150
MARIETTA GA 30067-6429

FRANKLIN COLLECTION SV
2978 W JACKSON ST
TUPELO MS 38801-6731

GE CAPITAL RETAIL BANK
4125 WINDWARD PLAZA DR.
ALPHARETTA GA 30005-8738

GE CAPITAL RETAIL BANK
PO BOX 5937
BRIDGEWATER NJ 08807-5937

GE CONSUMER FINANCE
FOR GE MONEY BANK
DBA CARE CREDITGEMB
PO BOX 960061
ORLANDO FL 32896-0661

GECRBCARE CREDIT
ATTENTION- BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GINNY□S
CO CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS TX 75374-0933

HFC
PO BOX 1231
BRANDON FL 33509-1231

HRRG HEALTHCARE REV RECOVERY GROUP LLC
PO BOX 189053
PLANTATION FL 33318-9053

HSBC
PO BOX 5253
CAROL STREAM IL 60197-5253

HSBC BANK NEVADA NA  HSBC CARD
BY ECAST SETTLEMENT CORPORATION
AS ITS AGENT
POB 35480
NEWARK NJ 07193-5480

HSBC BANK NEVADA N.A.
ECAST SETTLEMENT CORPORATION
CO BASS & ASSOCIATES P.C.
3936 E. FT. LOWELL ROAD SUITE #200
TUCSON AZ 85712-1083

HOUSEHOLD FINANCE CORP.
1421 KRISTINA WAY
CHESAPEAKE VA 23320-8917

HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197-5253

IC SYSTEM
ATTN- BANKRUPTCY
444 HIGHWAY 96 EAST PO BOX 64378
ST. PAUL MN 55164-0378

IC SYSTEMS INC
PO BOX 64378
ST. PAUL MN 55164-0378

INTERNAL REVENUE SERVICE
ATTN DONNA WARREN
801 BROADWAY MS 146
NASHVILLE TN 37203

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
5262 CYPRESS CT
ORLANDO FL 32811-3093

LVNV FUNDING LLC
625 PILOT RD #3
LAS VEGAS NV 89119-4485

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
15 S. MAIN ST. STE. 600
GREENVILLE SC 29601-2768

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNEE OF MHC RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LEADING EDGE RECOVERY SOLUTIONS LLC
5440 N CUMBERLAND AVE STE 300
CHICAGO IL 60656-1486

LIBERTY MUTUAL
100 CORPORATE PARKWAY STE 225
BIRMINGHAM AL 35242-8910

LVNV FUNDING LLC
PO BOX 10497
GREENVILLE SC 29603-0497

MASSEY□S
CO CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS TX 75374-0933

MASSEYS
CO ERSOLUTIOMS
PO BOX 9004
RENTON WA 98057-9004

METABNKFSTR
5501 S BROADBAND LN
SIOUX FALLS SD 57108-2253

MIDNIGHT VELVET
SWISS COLONY MIDNIGHT VELVET
1112 7TH AVE
MONROE WI 53566-1364

MIDNIGHT VELVET
CO CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS TX 75374-0933

MONTGOMERY WARD
CO CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS TX 75374-0933

NADLER & ASSOCIATES PC
2871 ACTON RD.
STE. 101-A
BIRMINGHAM AL 35243-2560

NORTH RIVER EMERGENCY PHYSICIANS
809 UNIVERSITY BLVD E
TUSCALOOSA  AL 35401-2029

NORTHPORT MEDICAL CENTER
2700 HOSPITAL DR.
NORTHPORT AL 35476-3360

NORTHSTAR EMS
ATTN- BILLINGBANKRUPTCY
2106 17TH AVE.
TUSCALOOSA AL 35401-5770

PARAGON CONTRACTING SERVICES
PO BOX 189016
PLANTATION FL 33318-9016

PAYDAY ADVANCE
2925 MCFARLAND BLVD
TUSCALOOSA AL 35405-2410

PLANTATION BILLING CENTER
PO BOX 189016
PLANTATION FL 33318-9016

PREMIER BANKCARDCHARTER
PO BOX 2208
VACAVILLE CA 95696-8208

PROFESSIONAL RECOVERY CONSULTANTS
2700 MERIDIAN PARKWAY SUITE 200
DURHAM NC 27713-2450

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
MAULDIN SC 29662-0776

RJM ACQUISITIONS LLC
575 UNDERHILL BLVD STE 224
SYOSSET NY 11791-4437

REGIONAL FINANCE
2001 SKYLAND BLVD. E.
TUSCALOOSA AL 35405-1545

RICHARD O□NEAL
US ATTORNEY
1801 4TH AVENUE NORTH
BIRMINGHAM AL 35203-2101

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

SPEEDY CASH
3410 ALABAMA HWY 69
NORTHPORT AL 35473-2045

SPEEDY CASH
3527 N. RIDGE RD.
WICHITA KS 67205-1212

SPEEDY CASH
3611 NORTH RIDGE RD.
WICHITA KS 67205-1214

| | | |
|---|---|---|
| SPILLER FURN<br>5605 MCFARLAND BLV<br>NORTHPORT AL 35476-3536 | SPILLER FURNITURE<br>200 14TH ST #4<br>TUSCALOOSA AL 35401-2087 | SPRINGLEAF CORP<br>601 NW SECOND ST<br>EVANSVILLE IN 47708-1013 |
| TAFFORD UNIFORMS<br>ATTN- BANKRUPTCY<br>PO BOX 481912<br>CHARLOTTE NC 28269-5318 | THE RADIOLOGY CLINIC LLC<br>208 MCFARLAND CIR. N.<br>TUSCALOOSA AL 35406-1800 | TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| TITLEMAX<br>720 EAST SKYLAND BLVD.<br>TUSCALOOSA AL 35405-4039 | TRANS NTNL COMMUNICATIONS<br>CO JAMES STEVENS AND DANIELS<br>1283 COLLEGE PARK DRIVE<br>DOVER DE 19904-8713 | US ATTORNEY GENERAL<br>US DEPT. OF JUSTICE<br>950 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20530-0009 |
| US ATTORNEY NDAL<br>US ATTORNEY FOR THE NORTHERN DIST. AL<br>1801 FOURTH AVE. N.<br>BIRMINGHAM AL 35203-2101 | UNIFORM CITY<br>2002 MCFARLAND BLVD E<br>TUSCALOOSA AL 35404-5805 | UNIVERSITY MEDICAL CENTER<br>850 5TH AVE. EAST<br>TUSCALOOSA AL 35401-7419 |
| UNIVERSITY ORTHOPEDIC CLINIC<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO MS 38803-3910 | VERIZON<br>PO BOX 105378<br>ATLANTA GA 30348-5378 | VERIZON WIRELESS<br>VERIZON WIRELESS DEPTATTN- BANKRU<br>500 TECHNOLOGY DRIVE #550<br>SAINT CHARLES MO 63304-2225 |
| WEST ALABAMA EMERGENCY PHYS<br>CO FRANKLIN COLL SVC<br>PO BOX 3910<br>TUPELO MS 38803-3910 | WEST ALABAMA EMERGENCY PHYSICIANS<br>ATTN- BILLING  LEGAL- BANKRUPTCY<br>2330 UNIVERSITY BLVD. #501<br>TUSCALOOSA AL 35401-1590 | WM FINANCE<br>2025 UNIVERSITY BLVD<br>TUSCALOOSA AL 35401 |
| WORLD ACCEPTANCE<br>PO BOX 620<br>TRUSSVILLE AL 35173-0620 | WORLD ACCEPTANCE CORP<br>WORLD ACCEPTANCE CORPATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD ACCEPTANCE CORP OF ALABAMA<br>604 SKYLAND BLVD E<br>TUSCALOOSA AL 35405-4037 |
| ANGELA MICHELLE STEWART<br>2827 MAHOGANY DOWNS<br>TUSCALOOSA AL 35401-6324 | ~~C DAVID COTTINGHAM~~<br>~~CHAPTER 13 STANDING TRUSTEE~~<br>~~701 22ND AVENUE SUITE 4~~<br>~~P O DRAWER 020500~~<br>~~TUSCALOOSA AL 35402-0500~~ | ~~KATHRYN LILA BETTIS~~<br>~~K. L. BETTIS LLC~~<br>~~2317 LOOP ROAD~~<br>~~TUSCALOOSA AL 35405 2027~~ |
| MELTON EDGER STEWART<br>2827 MAHOGANY DOWNS<br>TUSCALOOSA AL 35401-6324 | | |